UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| H&R BLOCK EASTERN ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | Case No.: 1:06-cv-00299-JG-KAM |
| v | ) | |
| SIMMONA WILLIAMS, | ) | CONSENT TO CHANGE ATTORNEYS AND ORDER |
| Defendant. | ) | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 9 2006 ★
BROOKLYN OFFICE

IT IS HEREBY CONSENTED, that the attorneys of record for defendant Simmona Williams be changed, and that Rosen & Associates, of 26 Court Street, Suite 1801 Brooklyn, New York 11242, be substituted as attorneys for defendant Simmona Williams in the above-entitled action, in place and stead of Arthur R. Lehman, L.L.C.

Dated: February 24, 2006

/s/ SIMMONA WILLIAMS

ARTHUR R. LEHMAN, L.L.C.

By: /s/ Arthur R. Lehman
Arthur R. Lehman (AL 8819)
52 Vanderbilt Avenue
14th Floor
New York, New York 10017
arthur@lehmanlawyer.com
(212) 697-2715 Telephone
(212) 697-2773 Facsimile

ROSEN & ASSOCIATES

By: /s/ David Rosen
David Rosen (DR 6347)
26 Court Street, Suite 1801
Brooklyn, New York 11242
(718)797-4311 Telephone
(718)797-9080 Facsimile

So Ordered:
s/John Gleeson          3-8-06
   U.S.D.J