# ADORNO & YOSS LLP
## ATTORNEYS AT LAW

STEVEN GERBER*
MARY PAT GALLAGHER
DAVID H. GANZ *
N. NOELLE LETCHER*

RICHARD P. WEISS*◊
OF COUNSEL

ROXANNE DEFRANCESCO*
MICHAEL A. BASELICE*▪

*ALSO MEMBER OF NEW YORK BAR
◊ALSO MEMBER OF FLORIDA BAR
▪ ALSO MEMBER OF TEXAS BAR

155 WILLOWBROOK BOULEVARD
SUITE 300
WAYNE, NEW JERSEY 07470-7036
TELEPHONE 973.256.9000
FACSIMILE 973.256.9001
WEBSITE: HTTP://WWW.ADORNO.COM

NEW YORK OFFICE
80 BROAD STREET
32ND FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE 212.809.5700
FACSIMILE 212.809.5701

PLEASE REPLY TO:
NEW JERSEY OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAY 18 2006 ★

BROOKLYN OFFICE

May 17, 2006

**Via Facsimile and ECF Filing**
Honorable John Gleeson, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

DOCKET & FILE

Hon. Kiyo A. Matsumoto, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: H & R Block Eastern Enterprises, Inc. v. Simmona Williams
Civ. Action No. 06-0299 (JG) (KAM)

Dear Judges Gleeson and Matsumoto:

Our firm represents H&R Block Eastern Enterprises, Inc., in the above referenced matter. We write to advise the Court that the parties have settled the case. In the next week or so, and once the language in the settlement documents is finalized, we anticipate submitting a Consent Order to the Court regarding the settlement.

This letter will also state that the settlement conference scheduled for May 17, 2006, has been adjourned in light of the settlement of this matter.

Respectfully Submitted,

ADORNO & YOSS LLP

By: *s/ David H. Ganz*
David H. Ganz

DHG/pc
cc: Francesca Cheroutes, Esq.
David Kight, Esq.
David Rosen, Esq.

*Handwritten order:* The Settlement conference scheduled for 5/17/06 is adjourned without date. So ORDERED.
s/Kiyo Matsumoto
U.S.M.J.
5/17/06

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.

CALIFORNIA  FLORIDA  GEORGIA  MISSOURI  NEW JERSEY  NEW YORK  TEXAS  WASHINGTON, DC